E-FILED
Monday, 28 March, 2016  02:37:39 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LUCILLE LANE-SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 14-CV-2213 |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On March 3, 2016, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#23) in the above cause. Judge Bernthal recommended denying Plaintiff's Motion for Summary Judgment (#19) and granting Defendant's Motion for Summary Judgment (#22). On March 17, 2016, Plaintiff filed Objections to the Report and Recommendation (#24).

This court has carefully reviewed Judge Bernthal's thorough and well-reasoned recommendation and Plaintiff's Objections. Following this court's careful de novo review, this court agrees with Judge Bernthal's recommendations.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#23) is accepted by this court.

(2) Plaintiff's Motion for Summary Judgment (#19) is DENIED.

(3) Defendant's Motion for Summary Judgment (#22) is GRANTED. The decision

to deny benefits is affirmed.

(4) This case is terminated.

ENTERED this __28th__ day of _____March_____, 2016.

s/COLIN S. BRUCE
U.S. DISTRICT JUDGE
